**FILED**

PATRICK BULMER, RECEIVER
CALIFORNIA RECEIVERSHIP SERVICES
PO Box 5128
Oroville, CA 95966
Telephone:  (530) 370-6651
Facsimile:   (800) 543-3303

**LODGED**

JUN 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

JUN 2 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM TRANQUILLI,<br><br>Plaintiff,<br><br>vs.<br><br>VSB INVESTMENTS, INC.,<br><br>Defendant. | Case No.:  1:07-CV-00433-LJO-DLB<br><br>**STIPULATION AND ORDER FOR DISTRIBUTION OF FUNDS, APPROVAL OF RECEIVER'S FEES, DISCHARGE OF RECEIVER AND EXONERATION OF RECEIVER'S BOND** |

The undersigned parties, WALTER STEINMANN d/b/a Judgment Enforcement USA as

judgment creditor and assignee of record, defendant and judgment debtor VSB

INVESTMENTS, INC.  and PATRICK BULMER, as Court Appointed Receiver, stipulate and

agree to the following, and request a court order confirming same:

    1.    Receiver's Compensation: The reasonable total compensation payable to

Patrick Bulmer, the Receiver, for expenses and fees for services performed through

discharge, including circulation of this Stipulation and Order, filing of same and processing

final payment to the judgment creditor, is the sum of $2,401.08, based on stipulation between

Receiver and the parties, and is hereby approved.

    2.    Itemized reports of Receiver's actual expenses and fees incurred through June

19, 2009 are attached hereto as Exhibits **A** and **B**, respectively.

**RECEIVED**

JUN 2 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
1:07-CV-00433-LJO-DLB
DEPUTY CLERK

Tranquilli v. VSB Investments, Inc.      **1**

STIPULATION AND ORDER FOR DISTRIBUTION OF FUNDS, APPROVAL OF RECEIVER'S FEES,
DISCHARGE OF RECEIVER AND EXONERATION OF RECEIVER'S BOND

3. Distribution of Funds in Receiver's Possession:

    a. Receiver is holding $14,000.00 in his trust account.

    b. Upon approval of this stipulation by the Court and the parties, Receiver shall distribute said funds as follows:

        i. $11,598.92 to Walter Steinmann d/b/a Judgment Enforcement USA, as payment in full satisfaction of the judgment in this action; and

        ii. $2,401.08 to Patrick Bulmer, for fees and expenses as Court Appointed Receiver.

    c. Receiver may apply to the Court for fees and expenses incurred from June 19, 2009 through discharge in the event of any extraordinary circumstances.

4. Judgment creditor and assignee of record Walter Steinmann d/b/a Judgment Enforcement USA shall file and serve notice of satisfaction of the judgment in this case within fifteen (15) days of service of the Court's order below.

5. Any unpaid bills or obligations of the receivership estate not addressed within this order and all bills or obligations received after termination of the receivership shall be the responsibility of the VSB Investments, Inc. and / or Bobby Bedi, as judgment debtors and real parties in interest, not the Receiver.

6. The Receiver has provided all parties copies of the various reports, filings, motions and other documents during the course of the receivership. Additional documents desired from the Receiver may be obtained at the expense of the requesting party, including a $0.25 per page copy charge and an administrative fee.

The foregoing is so stipulated and agreed.

Dated: June 26, 2009

*Patrick Bulmer*    2009.06.26
15:32:06 -07'00'

Patrick Bulmer, Receiver
PO Box 5128
Oroville, CA 95966
Phone: (530) 370-6651
Fax:    (800) 543-3303

---

Tranquilli v. VSB Investments, Inc.     2     1:07-CV-00433-LJO-DLB

STIPULATION AND ORDER FOR DISTRIBUTION OF FUNDS, APPROVAL OF RECEIVER'S FEES,
DISCHARGE OF RECEIVER AND EXONERATION OF RECEIVER'S BOND

1    The foregoing is so stipulated and agreed.

2

3

4

5   Dated: _____

                                        _____
6                                       Walter Steinmann
                                        Judgment Enforcement USA
7                                       Judgment Creditor / Assignee of Record

8

9

10  Dated: 6-19-09

11                                      Trina L. Root, Esq.
                                        Attorney for Judgment Debtors and Defendants
12                                      VSB INVESTMENTS. INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND ORDER FOR DISTRIBUTION OF FUNDS, APPROVAL OF RECEIVER'S FEES,
DISCHARGE OF RECEIVER AND EXONERATION OF RECEIVER'S BOND

1  The foregoing is so stipulated and agreed.

2

3

4  Dated: 6/18/09

5

Walter Steinmann
6  Judgment Enforcement USA
Judgment Creditor / Assignee of Record
7

8

9

10
Dated: _____
11
Trina L. Root, Esq.
Attorney for Judgment Debtors and Defendants
12  VSB INVESTMENTS. INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Tranquilli v. VSB Investments, Inc.          **3**          1:07-CV-00433-LJO-DLB

STIPULATION AND ORDER FOR DISTRIBUTION OF FUNDS, APPROVAL OF RECEIVER'S FEES,
DISCHARGE OF RECEIVER AND EXONERATION OF RECEIVER'S BOND

1

## ORDER

2
3

The Court, after reviewing the foregoing stipulation and Final Report of the Receiver, finds and orders:

4
5
6

1.     The Receiver's Final Report and accounting is hereby approved. Receiver's compensation for fees and expenses shall be $2,401.08 as the full, fair and final value for said fees and expenses as receiver in this matter.

7
8

2.     Receiver shall distribute $11,598.92 to Walter Steinmann d/b/a Judgment Enforcement USA, and file and serve a declaration confirming same, forthwith.

9

3.     The terms of the foregoing stipulation are approved and incorporated herein.

10
11
12
13
14

4.     All of the Receiver's, Receiver's administrator's, assistant's, contractor's and agent's acts, transactions and all of his actions during his administration through June 19, 2009, disclosed in the reports and other documents filed with the Court in this matter are hereby ratified, confirmed and approved as being right and proper and in the best interest of the receivership estate and the parties to this action.

15
16
17

5.     Upon completion of the duties by Receiver as required hereunder, and filing and service of his declaration regarding same, Receiver is hereby discharged and Receiver's bond is hereby exonerated.

18
19

IT IS SO ORDERED.

20
21
22

Dated: __6/30/2009__

23
24
25
26
27
28

---

Tranquilli v. VSB Investments, Inc.                    **4**                    1:07-CV-00433-LJO-DLB

STIPULATION AND ORDER FOR DISTRIBUTION OF FUNDS, APPROVAL OF RECEIVER'S FEES,
DISCHARGE OF RECEIVER AND EXONERATION OF RECEIVER'S BOND

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

Patrick Bulmer, Receiver
PO Box 5128
Oroville, CA 95966
Ph: (530) 370-6651
Fx: (800) 543-3303

**Itemized Statement of Services**

| Date | Name | Memo / Description | Time (Hrs) | Hourly | Subtotal |
|------|------|-------------------|-----------|--------|----------|
| 12/16/08 | Patrick Bulmer | Call ABC Fresno, Email Court Order to C. Lee; Review File Info; Call Defd Atty | 0.5 | $200.00 | $100.00 |
| 01/08/09 | Patrick Bulmer | Rec'd V/M from Bobby Bedi, Returned Call; Phone to License Locators (List) | 0.3 | $200.00 | $60.00 |
| 01/08/09 | Patrick Bulmer | Rec'd V/M from Bobby Bedi, Returned Call - L/M req current mail addr | 0.1 | $200.00 | $20.00 |
| 01/09/09 | Patrick Bulmer | Phone w/ Dave a License Locators, re: Buyer; Phone w/ WS | 0.3 | $200.00 | $60.00 |
| 01/09/09 | Patrick Bulmer | Phone w/ Bobby Bedi - Discussed Court Order; Phone w/ Lic Loc, WS | 0.3 | $200.00 | $60.00 |
| 01/11/09 | Patrick Bulmer | Review Draft Escrow Documents from License Locators, Reply w/ Comments | 1.0 | $200.00 | $200.00 |
| 01/23/09 | Patrick Bulmer | Phone w/ Diane @ Business Escrow; Buyer has backed out / Not BF Prchsr | 0.1 | $200.00 | $20.00 |
| 04/21/09 | Patrick Bulmer | Review Email from WS; Call Amy Kwak @ ABC Escrow; Phone w/ WS | 0.8 | $200.00 | $160.00 |
| 04/21/09 | Patrick Bulmer | Phone Call from Christine Weldon @ Fresno ABC | 0.1 | $200.00 | $20.00 |
| 04/21/09 | Patrick Bulmer | Research Case File (PACER); Letter to VSB Attys, Root & Linder | 0.4 | $200.00 | $80.00 |
| 04/22/09 | Patrick Bulmer | Review Fax from ABC Escrow; V/M from Christine Weldon, Fresno ABC | 0.3 | $200.00 | $60.00 |
| 04/22/09 | Patrick Bulmer | Phone w/ Chris Weldon, Fresno ABC; Phone w/ Mandy @ WS Office | 0.4 | $200.00 | $80.00 |
| 04/24/09 | Patrick Bulmer | Phone w/ Trina Root, re: Demand for Return of Funds | 0.2 | $200.00 | $40.00 |
| 04/30/09 | Patrick Bulmer | Called Bobby Bedi - L/M: Call back by May 1 or referring to Court | 0.1 | $200.00 | $20.00 |
| 05/01/09 | Patrick Bulmer | Review Phone Message from Bobby Bedi | 0.2 | $200.00 | $40.00 |
| 05/01/09 | Patrick Bulmer | Phone: Bobby Bedi - Promised to overnight funds on May 4; Mandy @ WS | 0.2 | $200.00 | $40.00 |
| 05/04/09 | Patrick Bulmer | Phone: Bedi - Payment; Steinmann - Settlement; Email: Bedi | 0.6 | $200.00 | $120.00 |
| 05/05/09 | Patrick Bulmer | Phone w/ Chris Weldon, Fresno ABC, re: Status of Payment | 0.2 | $200.00 | $40.00 |
| 05/06/09 | Patrick Bulmer | Pickup Check from PO; To Butte Community Bank for Deposit | 0.5 | $200.00 | $100.00 |
| 05/14/09 | Patrick Bulmer | Phone w/ BCB Bank, re: Status of Deposit - Check Improperly Drawn | 0.2 | $200.00 | $40.00 |
| 05/14/09 | Patrick Bulmer | Phone w/ BCB Bank, re: Status of Deposit | 0.3 | $200.00 | $60.00 |
| 06/19/09 | Patrick Bulmer | Final Report; Draft Stipulation and Order for Distribution and Discharge | 3.5 | $200.00 | $700.00 |

Cumulative Total as of 6/19/2009:   $2,120.00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

Patrick Bulmer, Receiver
PO Box 5128
Oroville, CA 95966
Ph: (530) 370-6651
Fx: (800) 543-3303

**Itemized Statement of Expenses**

| Date | Vendor / Payee | Memo / Description | Amt |
|------|----------------|-------------------|-----|
| 11/23/08 | International Sureties, Ltd. | Receiver's Bond - $10,000.00 | $130.00 |
| 11/23/08 | PWP Legal Secretarial | Acknowledge Receiver's Oath | $10.00 |
| 12/07/08 | USDC, Eastern District, Fresno Division | Filing Fee for POA on Receiver's Bond | $39.00 |
| 06/19/09 | PACER | Document Lookup | $2.16 |

Cumulative Total as of 6/19/2009: **$181.16**

Tranquilli v. VSB Investments, Inc.

Itemized Statement of Expenses
Exhibit "B"

1:07-CV-00433-LJO-DLB

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| Patrick Bulmer                    Tel: (530) 370-6651<br>PO Box 5128                       Fax: (800) 543-3303<br>Oroville, CA 95966<br>Receiver | |

| UNITED STATE DISTRICT COURT, EASTERN DISTRICT OF CA<br>FRESNO DIVISION<br>2500 Tulare Street<br>Fresno, CA 93721 | |
|---|---|

| PLAINTIFF:   WILLIAM TRANQUILLI | |
|---|---|
| DEFENDANT:   VSB INVESTMENTS, INC. | CASE NUMBER<br>1:07-CV-00433-LJO-DLB |

## Proof of Service by Electronic Mail

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding.

My business address is PO Box 5128, Oroville, CA 95966, which is located in the county in which the within-mentioned electronic mailing occurred.

On Friday, June 19, 2009, I served the following document(s):

FINAL REPORT OF RECEIVER

STIPULATION AND ORDER FOR DISTRIBUTION OF FUNDS, APPROVAL OF RECEIVER'S
FEES, DISCHARGE OF RECEIVER AND EXONERATION OF RECEIVER'S BOND

by transmitting a true and correct copy via electronic mail to the following individuals at the address shown, upon advance agreement and acknowledgment of receipt:

Walter Steinmann                    Trina L. Root
Assignee of Record                  Attorney for Defendant, VSB INVESTMENTS, INC.

mrmeany@mrmeany.com                 trinaroot@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on Friday, June 26, 2009 at Oroville, California.

June 26, 2009
Date

2009.06.26
15:58:47 -07'00'

Patrick Bulmer